# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**AARON PEREZ,**

Plaintiff-Appellant,

v.                                        **NO. 28,951**

**CITY OF ALBUQUERQUE,**
**N. SANDERS, T. NOVICKI,**
**M. FISHER, and MAYOR**
**MARTIN CHAVEZ,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Linda M. Vanzi, District Judge**

Kennedy & Oliver
Joseph P. Kennedy
Albuquerque, NM

Kennedy Law Firm PC
Shannon L. Kennedy
Albuquerque, NM

for Appellant

Kathryn Levy
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. Appellant has filed a notice that he does not oppose the proposed summary dismissal.

Dismissed.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**TIMOTHY L. GARCIA, Judge**